**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 29, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00550-CV

---

### CESAR LENAY URBINA, Appellant

### V.

### SANTANA CASAS, Appellee

---

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1100739**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed April 17, 2019. On March 25, 2021, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise and Bourliot and Former Justice Simmons.